# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SAM LAND**                                                                                                   **PLAINTIFF**

**V.**                    **CASE NO. 3:13CV00185-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Plaintiff Sam Land's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 28th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE